AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-452-BPG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 3M Company c/o CSC - Corporation Service Company
was received by me on *(date)* 03/06/2019 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Elinam Renner, Workflow Coordinator , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service
Company on *(date)* 03/06/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-18-2019

Server's signature

ADRIAN REDMOND
Printed name and title

100 N. Charles Street, 22nd Floor
Baltimore, MD  21201

Server's address

Additional information regarding attempted service, etc: